

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MAR 2 5 2020

JAMES W. McCORMACK, CLERK
By:_____

DEP CLERK

ROMARIO V. WALLER.                                          PLAINTIFF

V.                    CASE NO. 4:20-cv-00335-JM-JJV

DALE REED, JAMES GIBSON                                     DEFENDANTS
JAMES SHIPMAN, BRANDON CARROLL,
J. VINEYARD, JOSEPH MAHONEY,
CORNISSA GREEN, ROBERT BLEVINS,
BOBBY BURTON, JAYKENZIE TITUS,
NED BUTLER, RODNEY BROWN.

## BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

COMES NOW, I ROMARIO V. WALLER THE PLAINTIFF WITH MY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AS FOLLOWS:

1. THERE IS A LIKELIHOOD I WILL BE ABLE TO SHOW DEFENDANTS VIOLATED MY RIGHTS AT TRIAL, AND THERE IS A LIKELIHOOD I WILL SUFFER IRREPARABLE HARM WITHOUT THE INJUNCTION AND A RESTRAINING ORDER.

(a) IN THE COMPLAINT UNDER 42 U.S.C. 1983 I HONESTLY ALLEGED DEF. VINEYARD RETALIATORILY DEPRIVED MY MEAL IN RETALIATION OF MY KEEPING THEM GETTING RID OF A METHAMPHETAMINE DRUG DROP HE ACCIDENTLY DELIVERED ME, AND FALSIFIED GRIEVANCE INVESTIGATION STATEMENT TO COVER IT UP. COMPLAINT EX.     SHOWS THIS TO BE TRUE. DEPRIVATION OF FOOD IS VIOLATIVE OF THE EIGHTH AMENDMENT, Simmons V. Cook 154 F.3d. 805, 808-809 (8TH CIR. 1998), U.S. CONST-ITUTION AMENDMENT 8.

THOUGH "CORRECTIVE ACTION" WAS DIRECTED IN THE MATTER BY DIRECTOR PAYNE NONE WAS TAKEN BY WARDEN GIBSON (DEF. GIBSON) THUS DEF. VINEYARD IS BEYOND REPROACH THROUGH THE GRIEVANCE PROCEDURE + HAS FREE REIGN TO HARASS ME.

(b) IN THE COMPLAINT I ALLEGED HONESTLY I HAD A PHYSICAL ALTERCATION WITH DEF. MAHONEY AFTER HE SUBJECTED ME TO AN ILLEGAL CROSS-GENDER STRIP SEARCH IN FRONT OF DEF. GREEN AFTER PUTTING MY LIFE IN DANGER BY REPEATEDLY REFERRING TO ME AS A SNITCH (INFORMANT). SINCE THAT TIME DEF. MAHONEY ESCALATED THE CONFLICT WHEN HE TWICE ATTEMPTED TO KICK ME IN MY FACE AS DEF. BURTON HELD ME ON THE FLOOR, JAN. 29, 2020.
THEN ON MARCH 9, 2020 DEF. MAHONEY THREATENED TO BEAT ME WHILE I WAS HANDCUFFED, AND THEN DIRECTED ME TO SUBMIT TO THE HANDCUFFS. WHEN I REFUSED TO ALLOW HIM TO THEREBY CARRY OUT HIS THREAT DEF. MAHONEY THREATENED ME MORE AS WE HAD A HEATED ARGUEMENT RESULTING FROM DEF. MAHONEY CREATING A FALSE CONFRONTATION WITH ME, AND DIRECTING ME TO STRIP OF MY CLOTHES SO HE COULD SINGLY MOVE ME OUT THAT CELL IN VIOLATION OF P.R.E.A.

(c) SPECIFICALLY, ON MARCH 2, 2020 I WAS MOVED TO CELL-150 AFTER INMATE KIMMERY WAS ACCUSED OF DESTROYING A CELL WINDOW BY BURSTING/SHATTERING IT IN DOZENS OF PLACES + CRACKING IT SEVERELY. DEF. MAHONEY WAS WELL AWARE OF THIS. HOWEVER, AFTER HAVING KNOWN THIS FOR A WEEK UNTO MARCH 9, 2020 DEF. MAHONEY RETALIATED FROM MY PRIOR

1 OF 11

PRISON RAPE ELIMINATION ACT & ASSAULT COMPLAINT BY STRIKING A CONFRONTATION WITH ME ABOUT THE KNOWN BROKEN WINDOW. IT WAS A BREACH OF ADC POLICY & SECURITY PROTOCOL FOR ME TO BE PUT INTO THAT CELL, WHICH IS WHY INMATE KIMMERY WAS MOVED OUT. INSTEAD OF CORRECTING THE BREACH BY HAVING THE WINDOW FIXED HE USED IT AS A FALSE REASON TO HARASS ME. DURING HIS ATTEMPT TO COMPELL ME TO STRIP, ALLOW HIM TO PUT ME IN HANDCUFFS AND CARRY OUT HIS THREATS I CONTINUED TO REFUSE. DEF. MAHONEY CALLED JAMES PLUMMER WHO THREATENED TO SPRAY ME WITH AN ILLEGAL DOSE OF CHEMICAL MACE FOGGER FROM THE MK-9 RIOT CANISTER, WHICH IS A RIOT WEAPON WHILE I WAS DETAINED IN A CLOSED SINGLE CELL.
I DID REFUSE TO SUBMIT TO HANDCUFFS FURTHER SINCE DEF. MAHONEY WAS STILL THERE BECAUSE I WAS AFRAID HE'D CARRY OUT HIS THREATS, & WE WERE HAVING AN ARGUEMENT.

(d) I REPEATEDLY TOLD JAMES PLUMMER OF DEF. MAHONEY THREATS TO BEAT ME WHILE I WAS HANDCUFFED YET HE DID NOT REMOVE DEF. MAHONEY FROM THE SCENE. HE THEREFORE USED THE RIOT WEAPON ON ME TO FORCE ME INTO HANDCUFFS THOUGH I HAD LEGIT REASON TO BELIEVE DEF. MAHONEY WOULD CARRY OUT HIS THREATS PRECLUDING ANY NECESSITY FOR ME TO BE PUT IN HANDCUFFS IN DEF. MAHONEY PRESENCE.
AS SUCH DEF. MAHONEY THEREBY ORCHESTRATED JAMES PLUMMERS USE OF A RIOT CANISTER OF CHEMICAL MACE FOGGER ON ME.
WITH A PRELIMINARY INJUNCTION AND RESTRAINING ORDER DEF. MAHONEY CAN BE DIRECTLY PROHIBITTED FROM FURTHER ESCALATING CONFLICTS WITH ME.

(e) IN THE COMPLAINT I ALLEGED DEF. BUTLER DELIBERATELY MISHANDLED, LOST, OR DESTROYED MY CERTAIN PROPERTY ITEMS, I FILED A GRIEVANCE OF THIS FEBRUARY 3, 2020 INCIDENT. ON MARCH 9, 2020 WHILE I WAS DETAINED IN ISOLATION-4 SHOWER STALL DEF. BUTLER ENTERED THE AREA WHILE BOTH SGT. HAMPTON AND SGT. TREADWELL SAT IN CHAIRS CONDUCTING AN INVENTORY OF MY PERSONAL PROPERTY AFTER THE THREATS & USE OF A RIOT WEAPON ON ME BY DEF. MAHONEY AND JAMES PLUMMER FOR MY REFUSAL TO STRIP & SUBMIT TO HANDCUFFS IN MAHONEY PRESENCE. THE SECURITY VIDEO FOR THIS AREA AT APPROXIMATELY 6:45 A.M - 10:00 A.M RECORDED DEF. - BUTLER PULLING A LARGE INDUSTRIAL SIZED TRASH CAN INTO THE AREA AND DELIBERATELY TOSSING MY TEE-SHIRT INTO THE TRASH CAN WITHOUT MY PERMISSION, THEREBY AGAIN INTENTIONALLY DESTROYING MY PERSONAL PROPERTY AGAIN. WHILE ENGAGED IN AN HEATED ARGUEMENT ABOUT

THIS AND HIS PRIOR DESTRUCTION, LOSS, MISPLACING MY PROPERTY DEF. BUTLER STATED: "NOW WRITE A GRIEVANCE ON THAT YOU SNITCHING BITCH, I DID IT IN YOUR FACE". HE ALSO STATED UPWARDS OF TWENTY TIMES: "I WILL OPEN THE SHOWER DOOR + BEAT YOUR ASS, I WILL OPEN THE SHOWER DOOR + BEAT YOU TO DEATH, WHEN YOU COME OUT THE SHOWER IN THE HANDCUFFS I WILL BEAT YOU TO DEATH, I'M GOING TO BEAT YOU IN THEM HANDCUFFS + SEND YOU TO THE HOSPITAL". DEF. BUTLER ALSO DEPRIVED MY LUNCH AT THIS TIME.
HE MADE SUCH STATEMENTS IN THE PRESENCE OF HIS SUPERIOR, DEF. BROWN SEVERAL TIMES.

(F) I DIRECTLY NOTIFIED DEF. BROWN OF DEF. BUTLERS THREATS + DESTRUCTION OF MY TEE-SHIRT AND DEF. BROWN INITIALLY "PROMISED" HE'D KEEP BUTLER AWAY FROM ME AND THAT HE-DEF. BROWN WOULD DEAL WITH ME ON SHOWER ESCORTING + "ALL THAT".
HOWEVER, DEF. BROWN LATER DIRECTED ME TO SUBMIT TO HANDCUFFS TO BE ESCORTED TO CELL 4027 WHILE DEF. BUTLER WAS STANDING THERE. IN FEAR FOR MY LIFE THAT DEF. BUTLER WOULD CARRY OUT HIS THREATS I REFUSED TO SUBMIT TO THE HANDCUFFS.
DEF. BROWN CALLED JAMES PLUMMER FOR A CELL EXTRACTION FOR HIM TO AGAIN ILLEGALLY SPRAY ME WITH THE RIOT WEAPON MK-9 MACE FOGGER CANISTER WHILE I WAS IN A SHOWER STALL. AGAIN BOTH DEF. BROWN PLUS DEF. PLUMMER TOLD ME THEY'D KEEP DEF. BUTLER AWAY FROM ME. WHILE BEING AUDIO-VISUALLY RECORDED BY DEF. BROWN I REPEATED MY CONCERNS THAT DEF. BUTLER THREATENED TO BEAT + KILL ME WHILE HANDCUFFED IN FRONT OF DEF. BROWN AND ONLY THEN DID DID PLUMMER DIRECT DEF. BUTLER TO LEAVE THE SCENE. I WAS THEN PUT IN CELL 4027.

(G) AFTER BEING PLACED IN CELL 4027 DEF. BROWN + JAMES PLUMMER ASSIGNED ME TO BEHAVIOR CONTROL STATUS + CONFIRMED DEF. BUTLER WILL BE KEPT AWAY FROM ME, AND WILL DEACTIVATE THE BEHAVIOR CONTROL STATUS ON ME MARCH 10, 2020. DEF. BUTLER THREATENED ME TWO MORE TIMES MARCH 9, 2020 HOWEVER.

(H) HOWEVER, ON MARCH 10, 2020 APPROXIMATELY 6:50 A.M DEF. BUTLER CAME TO CELL 4027 TO PUT SIGNS ON THE DOOR + AGAIN CONFRONTED + THREATENED ME.

~~(I) ON THE AFTERNOON OF MARCH 10 2020 JAMES PLUMMER DEACTIVATE~~

(J) AT APPROXIMATELY 8:00 A.M I NOTIFIED DEF. BROWN THAT DEF. BUTLER AGAIN THREATENED ME AND HE TOOK NO PROTECTIVE ACTION TO ALLEVIATE THE THREAT DEF. BUTLER POSES.

(K) DEF. BUTLER AGAIN THREATENED ME ON MARCH 10, 2020.

(N) AT APPROXIMATELY 4:00 P.M INMATE KIMMERY FLOODED CELL 4028 DUE TO THE SECURITY OFFICERS FAILURE TO FULLY DOCUMENT HIS 5 DAY OLD RUNNING HUNGER STRIKE AND IT ALSO FLOODED CELL 4027 WHERE I'M DETAINED, + DEF. BUTLER + SEVERAL OFFICERS ALLOWED THE

FLOODWATER TO STAY IN 4027 CELL UNTO MARCH 18, 2020, AS AN ESCALATING RETALIATORY TORTURE STRATEGY.

(J) ON MARCH 10, 2020 APPROXIMATELY 9:00 P.M DEF. PLUMMER TOLD ME HE WAS DEACTIVATING THE BEHAVIOR CONTROL STATUS & GAVE ME A JUMPSUIT. HOWEVER THE NEXT DAY DEF. BUTLER CAME TO CELL 4027 AND STATED: "YOU BITCH ASS NIGGER YOU HAVE ON A JUMPSUIT I'M COMING IN THERE TO GET THAT JUMPSUIT. I DON'T CARE WHO GAVE IT TO YOU I'M GOING TO SPRAY YOU WITH THAT "FOG" AND BEAT YOU TO DEATH WHEN YOU CATCH THE CUFFS" THUS STRIKING ANOTHER ARGUEMENT WITH ME & VIOLATING DEF. BROWN & JAMES PLUMMER DIRECTIONS FOR HIM TO STAY AWAY FROM ME, AND FURTHER THREATENING MY LIFE SEVERAL TIMES.

(M) ON MARCH 11, 2020 APPROXIMATELY 4:00-4:40 P.M AFTER HAVING REPORTED TO SEVERAL OFFICERS I NEEDED MY PROPERTY RETURNED & NEEDED THE FLOOD CLEANED OUT THE CELL, DEF. REDDICK CALLED FOR "A SARGEAT" OVER THE SECURITY WALKIE TALKIE. DEF. BUTLER THEN CAME TO CELL 4027 AND IS RECORDED ON THE ISOLATION-4 SECURITY VIDEO USING A SILVER "BUTTERFLY" STYLED KNIFE TO TAMPER WITH THE DOOR LOCK & THREATENING ME WITH THE KNIFE STATING:
"I WILL FUCK YOU UP YOU BITCH ASS NIGGER LIKE THE OFFICER DID WHO KNOCKED YOU OUT IN THE YARD CAGE".
HE WAS MAKING AN IMPRECISE RUMOR REFERENCE TO A CAGE FIGHT DEF. BROWN HELPED TO ORCHESTRATE IN A YARD CAGE BETWEEN MYSELF & INMATE D. MANNING WHO IS ONE OF DEF. BROWNS FELLOW CRIP GANG MEMBERS ON JULY 25, 2020 2017 (EX.    ).
DEF. BUTLER THEREBY THREATENED MY LIFE WITH HIS KNIFE.

(N) ON MARCH 12, 2020 AS SGT. B. HIGGINS & SGT. L. SMITH ESCORTED ME FOR A SHOWER DEF. BUTLER WALKED PAST US & IN PASSING STATED: "I'LL FUCK YOU UP" THUS INITIATING A SERIES OF THREATS TO MY LIFE AFTER HAVING WIELDED HIS KNIFE AT ME MARCH 11, 2020. ON NUMEROUS OCCASSIONS HE ALSO STATED: "
"I WILL BEAT YOU TO DEATH IN THE HANDCUFFS AND SAY YOU TRIED TO HEADBUTT ME LIKE BLEVINS",
"YOU ARE A GRIEVANCE WRITING DICK SUCKER", "YOU ARE A DICK SUCKER" ALTHOUGH HIS TWO SUPERVISORS DEF. BROWN & JAMES PLUMMER DIRECTED HIM TO STAY AWAY FROM ME.

AS SHOWN MY PRIOR GRIEVANCES & RECENT DIRECTLY NOTIFYING SECURITY SUPERVISORS OF THE RETALIATORY ACTIONS OF SOME OF THE DEFENDANTS; THEIR UNCHECKED ESCALATING LIFE THREATENING ACTIONS THEY ARE BEYOND REPROACH AND POSE DIRECT THREATS TO ME. FOR INSTANCE, DEF. BUTLER CAME TO CELL 4027 ALONG WITH DEF. BROWN MAKING THREATS AGAINST ME AS THEY JOINTLY DEPRIVED ME A SHOWER MARCH 11, 2020., THUS WHILE IN JAMES PLUMMER PRESENCE DEF. BROWN DOES ONE THING & SUPPORT DEF. BUTLERS THREATS &

HARASSMENT WHEN HE IS NOT AROUND. AS SUCH, MY LIFE AND SAFETY IS IN DIRECT &
JEOPORDY OF IRREPARABLE INJURY WITHOUT AN INJUNCTION & RESTRAINING ORDER.
THE FACT THAT I WILL SUFFER MORE WITHOUT AN INJUNCTION & RESTRAINING ORDER IS
EVIDENT IN THE EVIDENCE OF THE DIRECTOR, WARDEN, DEPUTY WARDEN, CHIEF OF SECURITY,
SEGREGATION COMMANDER, P.R.E.A INVESTIGATOR, ISOLATION SUPERVISOR & EMERGENCY
RESPONSE TEAM SUPERVISOR BEING COMPLICIT IN AND PARTICIPATING IN SUPPORTING AND
TURNING A BLIND EYE TO THE HARASSMENT, ABUSE, AND THREATS ON MY LIFE, EVEN IN
THE FACE OF CREDIBLE SECURITY VIDEO FOOTAGE & IDENTIFIED FALSE REPORTS DURING
GRIEVANCE INVESTIGATIONS BY THE DEFENDANTS.

## LEGAL STANDARD

DEFENDANTS MUST HAVE TO HAD ACTUAL KNOWLEDGE OF THE RISK OF DANGER TO A PRISONER,
AND PURPOSELY AVOIDING KNOWLEDGE OF A RISK CAN AMOUNT TO DELIBERATE INDIFFERENCE. TO BE
HELD LIABLE PRISON OFFICIALS MUST DISREGARD A RISK THAT IS EXCESSIVE OR POSES A SUBSTANTIAL
RISK OF SERIOUS HARM.
FARMER V. BRENNAN 511 U.S. ~~0073577~~ at 836,842 THE SEVENTH CIRCUIT HELD THAT A PRISONER
WOULD HAVE TO SHOW THAT STAFF MEMBERS HAVE THE MOTIVE OF ALLOWING OR HELPING
PRISONERS TO INJURE ONE ANOTHER. . DEFENDANT BROWN HAS A DIRECT HISTORY OF AIDING
INMATE D. MANNING INJURE ME WHEN HELPED ORCHESTRATE A CRIP GANG HIT ON ME WHEN HE
DIRECTLY SUPERVISED PUTTING D. MANNING IN A "YARD CALL" CAGE TO FIGHT ME WITH A KNIFE
STYLED KNUCKLE WEAPON ON HIS FISTS CONTAINING SHARP RIDGES, EDGES WHILE I HAD NO WEAPON.
THIS OCCURRED AT VARNER SUPERMAX WHERE STATE LAW PROHIBITS TWO MAN CELLING.
I HAVE PREVIOUSLY SUBMITTED AN AFFIDAVIT TO DIRECTOR DEXTER PAYNE, DEF. GIBSON,
GOVERNOR HUTCHINSON, ATTORNEY GENERAL'S OFFICE, AND THE FEDERAL BUREAU OF INVESTIGATION
OF THE ORGANIZED GANG HIT. ~~IN ADDITION THIS ADDS TO MY KNOWLEDGE NEXT REDESAS.~~
THE STATE AND FEDERAL AUTHORITIES DID NOT RESPOND TO MY AFFIDAVIT (EX. A pg Pages 1-6)
THAT BEING THE CASE THE A.D.C AUTHORITIES FROM THE DIRECTOR TO THE SEGREGATION COMMANDER
HAVE KNOWLEDGE OF DEF. BROWN ALLOWING AND HELPING AN INMATE HARM ME WITH A WEAPON IN AN
ILLEGAL CAGE FIGHT HE DIRECTLY ORCHESTRATED YET THE A.D.C AUTHORITIES DID NOT SO MUCH AS
INTERVIEW ME, NOR CONDUCT A LIE DETECTOR WHICH IS WITHIN THE A.D.C INVESTIGATORY PROCEDURE.
AS WITH THE MORE RECENT SCANDALS BEING UNLAWFULLY COVERED-UP BY THE DEFENDANTS, IN REGARD

PRISON OFFICIALS REFUSAL TO FOLLOW THEIR OWN POLICY AND REGULATIONS MAY CONSTITUTE DELIBERATE INDIFFERENCE. "IT IS CLEARLY ESTABLISHED THAT LABELLING A PRISONER A SNITCH CONSTITUTES DELIBERATE INDIFFERENCE" BENEFIELD V. MC DOWALL 241 F.3d. 1267, 1271 (10TH CIR. 2001).

EXCESSIVE OR UNNECESSARY FORCE BY PRISON STAFF VIOLATES THE CONSTITUTION, AND MAY BE REMEDIED BY AN INJUNCTION (FINNEY V. ARK. BOARD OF CORRECTION 505 F.2d. 194, 205 (8TH. CIR. 1974)

THE USE OF FALSE REPORTS BY OFFICIALS TO COVER-UP EXCESSIVE FORCE / STAFF ASSAULT IS UNCONSTITUTIONAL, U.S. V. LaVallee 439 F.3d. 670 (10TH CIR. 2006) ("AFFIRMING CONVICTIONS OF OFFICERS WHO BEAT PRISONERS AND FABRICATED REPORTS AND SELF INFLICTED INJURIES TO COVER IT UP")

"FORCE MAY NOT BE USED AGAINST A PRISONER WHO HAS REFUSED AN UNLAWFUL ORDER" VALDEZ V. FARMON 766 F.SUPP. 1529, 1535 (E.D. CAL. 1991).

"FAILURE TO REPORT CAN BE EVIDENCE OF DELIBERATE INDIFFERENCE", ESTATE OF DAVIS BY OSTENFELD V. DELO 115 F.3d. 1388, 1395 (8TH CIR. 1997).

"THREATENING LANGUAGE AS PART OF A TOTALITY OF CIRCUMSTANCES CAN BE RELEVANT TO WHAT IS CONSTITUTIONALLY REASONABLE OR, AS IN THIS CASE, TO THE DETERMINATION OF REASONABLE INFERENCES ABOUT THE OFFICER'S SUBJECTIVE STATE OF MIND" BOZEMAN V. ORUM 422 F.3d. 1265, 1271. N. 11. (11TH CIR. 2005).

"USE OF RACIAL EPITHETS IS STRONG EVIDENCE THAT A COMMENT OR ACTION IS RACIALLY MOTIVATED" (WILLIAMS V. BRAMER 180 F.3d. 699, 706 (5TH CIR. 1999)

'FAILURE TO INVESTIGATE COMPLAINTS MEANINGFULLY WHILE PLAINTIFF REMAINED SUBJECT TO OFFICER'S SEXUAL HARASSMENT STATED A CLAIM OF SUPERVISORY DELIBERATE INDIFFERENCE.", COLEMAN V. VASQUEZ 142 F.SUPP. 2d. 226, 237-38 (D. CONN. 2001).

TO THE ABUSE I'VE SUFFERED FROM DEF. MAHONEY, DEF. PLUMMER, DEF. BURTON, DEF. BLEVINS, AND DEF. BUTLER THE A.D.C WILL NOT BRING THEIR STAFF UNDER INVESTIGATORY SCRUTINY NOR DIRECTLY RESTRAIN THEM.

EX. B - IS EVIDENCE OF THAT FACT AS IT DEMONSTRATES A PATTERN OF DEF. GIBSON BEING CONTACTED BY THE ARKANSAS STATE POLICE CRIME INFORMATION CENTER OF MY HARASSMENT AND/OR ABUSE COMPLAINTS + INSTEAD OF INVESTIGATING THE COMPLAINTS HE MERELY INITIATES A PAPER TRAIL OF MOCK DOCUMENTS BY PASSING THE ISSUE ON TO DEF. BROWN OR DEF. CARROLL WHO IN FACT THEMSELVES MAY BE SUBJECTS OF THE COMPLAINTS THEY ARE INVESTIGATING.

AS WITH DEF. VINEYARD, THE NATURE OF MY COMPLAINT THAT HE "TOOK" MY MEAL IN HIS RETALIATION OF HIS ACCIDENTLY GIVING ME A METHAMPHETAMINE DROP HAS BEEN TOTALLY DISREGARDED. HOWEVER, MERE PRUDENCE SHOULD HAVE CAUSED A DIRECT INVESTIGATION INTO THE MATTER BECAUSE FOR ONE HE WAS FOUND TO HAD MADE FALSE STATEMENTS ON GRIEVANCE RESPONSES (COMPLAINT EX. 1-3) AND FOR TWO THE LIKELIHOOD THAT THE PRISON GANGS INVOLVED IN HIS DRUG CONSPIRACY ALONG WITH HIM BECAME MORE OF A THREAT TO MY SAFETY + HEALTH WHEN HE TOLD THEM I REPORTED HIM BEING A DRUG SMUGGLER.

EX.    ATTACHED, REFLECTS THAT MARCH 11, 2020 I CONTACTED THE ARKANSAS STATE POLICE CRIME INFORMATION CENTER TO REPORT JAMES PLUMMER, DEF. BUTLER, DEF. MAHONEY, AND DEF. BROWN ILLEGAL ACTS OF TERRORIST THREATS TO MY LIFE, BATTERY ON ME WITH RIOT WEAPONS AND DEF. BUTLER KNIFE WIELDING THREATS.

INSTEAD OF GIVING ME ACCESS TO A STATE POLICE INVESTIGATOR, OR INTERNAL AFFAIRS INVESTIGATOR OR DEF. PLUMMERS HIGHER SUPERVISOR, THE FOLLOWING OCCURRED : MARCH 11, 2020 6:30 P.M Lt. WASHINGTON CAME TO CELL 4027 ASKED IF I HAD AN WITNESS STATEMENT TO WRITE ON "THAT STUFF WITH PLUMMER + MAHONEY" . WHEN I TOLD HIM NO, I NEED SOME "J HE LEFT TO ALLEGEDLY GO GET SOME BUT INSTEAD SENT THEM BY SGT. WALLACE WHO THEN LEFT, AND LATER SHE SENT A CORPORAL TO RETRIEVE MY STATEMENTS.

AS SUCH THE SO-CALLED INVESTIGATION WAS DELEGATED TO LOW LEVEL NON INVESTIGATORY STAFF WHO CAN NOW SPREAD THE WORD + SUBJECT ME TO MORE STAFF HARASSMENT WHILE I AM BEING STRATEGICALLY DENIED ACCESS TO INVESTIGATORS, LIE DETECTORS AND A LEGIT FACT FINDING PROCESS AS THE OFFICER WORD ALONE IS USED TO DISCREDIT MY ALLEGATIONS.

7. OF 11

EVEN SO AS WITH EVERY MATERIAL ALLEGATION OF HARASSMENT AND ABUSE THE WORD OF THE GUARDS ARE USED ALONE TO DISCREDIT MY ALLEGATIONS THOUGH NO NEUTRAL FACT FINDING INVESTIGATION IS EVER BEING CONDUCTED.

ON MARCH 18,2020 AS I WAS BEING ESCORTED FOR SHOWER BY TWO Sargents, HERE COMES DEF. BUTLER INSTIGATING A PHYSICAL ASSAULT ON ME BY DELIBERATELY WALKING UP TOWARDS Sgt. L. SMITH & VIOLENTLY STATING TO ME: "I WILL FuCK You uP", MAKING THIS DIRECT THREAT ON MY LIFE WHILE I WAS HANDCUFFED & SHACKLED ONLY HOURS AFTER HE CLEARLY HAD BEEN NOTIFIED OF MY STATE POLICE CRIME INFORMATION CENTER CALL ABOUT HIS HARASSMENT, TERROIST THREATS + USE OF A KNIFE TO THREATEN ME.    HE FURTHER THREATED TO BEAT ME TO DEATH & PRETEND I TRIED TO HEAD BUTT HIM.    THIS, AS HE WALKED BEHIND ME KNOWING TO CARRY A KNIFE WHILE MAKING VARIOUS DIRECT THREATS TO KILL ME, STATING: "I WILL BEAT You TO DEATH IN THEM CUFFS, MY NAME BLEVINS TODAY & I'mmA ACT LIKE You TRIED TO HEAD BUTT ME, You ARE A SNITCHING DICK SUCKING BITCH, WRITE ANOTHER GRIEVANCE, You ARE A DICK SUCKER, You ARE A SNITCH + I'M GOING TO FuCK You uP".

IT IS MY BELIEF THAT HAD I'D BEEN GIVEN ACCESS TO A STATE POLICE INVESTIGATOR, AN INTERNAL AFFAIRS INVESTIGATOR OR A NEUTRAL HIGHER SUPERVISOR DEF. BUTLER WOULD NOT CONTINUE IN ESCALATING HIS THREATS HARASSMENT + CONFRONTATIONS, AND NEITHER WOULD DEF. MAHONEY, DEF. BLEVINS, NOR DEF. CARROLL, AND BROWN WOULD BE DIRECTLY REPRIMANDED. THE PROBLEM THEREBY RESIDES IN THE FACT THAT EVERY ADC STAFF DESIGNATED TO INVESTIGATE MY COMPLAINTS ARE THEMSELVES DIRECT WITNESSES + OR CULPRITS IN MY BEING THREATENED + HARASSED, THEREFORE THEY WILL NOT INVESTIGATE THEMSELVES OR THEIR SUPERVISORS + SUBORDINATES IN CRIMINAL OR CONSTITUTIONAL VIOLATIONS THEY ALL ARE DIRECTLY COVERING UP, BEING DELIBERATELY INDIFFERENT TO, AND PARTICIPATING IN.

THIS HAS RESULTED IN UNCHECKED RETALIATORY ESCALATION OF AND THREATS AND CONFRONTATIONS DUE TO MY GRIEVANCE COMPLAINTS AND REPORTS OF THEIR CRIMINAL ACTIVITY TO THE ARKANSAS STATE POLICE.   THE FACT THAT MY GRIEVANCES AND POLICE CALLS AND REQUESTS FOR INVESTIGATIONS ONLY RESULTING IN MORE ORCHESTRATED RETALIATION AND ABUSE AND THREATS OF CREDIBLE ABUSE EVIDENCES THE LIKELIHOOD THAT WITHOUT THE REQUESTED ISSUANCE OF THE PRELIMINARY INJUNCTION BY THE COURT THE DEFENDANTS WILL CONTINUE IN THEIR RETALIATION, HARASSMENT, AND ORCHESTRATED ABUSE, THREATS, AND COVERING-UP OF THE SAME, TO INCLUDE HIDING/omMITTING SECURITY VIDEO'S CAPTURING THESE EVENTS.

ACCORDING TO A.D.C POLICY IT WAS A BREACH OF SECURITY FOR A.D.C PERSONNEL TO REMOVE ONE INMATE FROM CELL BLOCK-130 CELL (INMATE KIMMERY) DUE TO THE BROKEN WINDOW, THEN IN TURN PUTTING ME IN THE SAME CELL WITHOUT REPAIRING/REPLACING THE WINDOW. THE DEFENDANTS THEREBY FIRST DISPLAYED DISREGARD TO PERSONAL SAFETY BY FAILING TO REASONABLY RESPOND TO THE DANGER POSED IN THE EXISTENCE OF THE BROKEN WINDOW BY REPLACING/REPAIRING IT BEFORE PUTTING ME IN THAT CELL.   THE A.D.C THEN FAILED TO PROTECT ME FROM THE SUBJUGATION TO CHEMICAL FOGGER FROM A RIOT CANISTER DUE TO DEF.MAHONEY CREATING A FALSE CONFRONTATION WHICH LED TO MY PAIN AND SUFFERING FROM THE CHEMICAL MACE FOGGER IN MY ATTEMPT TO PROTECT MYSELF FROM MAHONEY CARRYING OUT HIS THREATS.

THE DEFENDANTS REED, GIBSON, SHIPMAN, CARROLL, PLUMMER, BROWN, MAHONEY, BUTLER ARE ALL ADMINISTRATORS AND/OR SECURITY SUPERVISORS AND HAVE ENGAGED IN A HISTORY OF TRAINING EACHOTHER ? THEIR SUBORDINATES INTO COVERING UP THEIR VIOLATIONS OF MY RIGHTS To BE FREE OF CRUEL AND UNUSUAL PUNISHMENT.   THEY HAVE FAILED TO REASONABLY RESPOND TO THE THREATS TO ME BY THEIR SUBORDINATES ? RETALIATION DUE TO THEIR OWN ANIMOSITY FROM MY GRIEVANCES AGAINST THEM. THEY HAVE LABELED ME A "SNITCH" TO THE WARDEN SUPERMAX STAFF AND INMATES.. THESE ARE ACTIONS OF PRISON OFFICIALS VIOLATIVE OF THE U.S. CONSTITUTION.

FOR THE REASONS STATED ABOVE I MOTION THE COURT FOR A PRELIMINARY INJUNCTION AND AND TEMPORARY RESTRAINING ~~ORDER~~ ORDER AGAINST THE DEFENDANTS REQUIRING THE FOLLOWING:

1. DEFENDANTS REED, GIBSON, AND SHIPMAN BE CONSTRAINED/PROHIBITTED FROM ANSWERING GRIEVANCES WRITTEN BY ME AGAINST THEMSELVES AND EACHOTHER, TO INCLUDE ANY INVESTIGATIONS.

2. DEFENDANTS REED, GIBSON, AND SHIPMAN, AND CARROLL BE CONSTRAINED/PROHIBITTED FROM CHAIRING CLASSIFICATION HEARINGS ON ME.

3. DEFENDANTS MAHONEY, BLEVINS, PLUMMER, BROWN, BUTLER BE CONSTRAINED/PROHIBITTED FROM PHYSICAL OR VERBAL CONTACT WITH ME EXCEPT AS IN DIRECT EMERGENCY SITUATIONS.

4. I, THE PLAINTIFF ROMARIO V. WALLER BE REMOVED FROM THE DEFENDANTS PLACE OF EMPLOYMENT (VARNER UNIT SUPERMAX) AT minimum UNTIL THE OUTCOME OF THIS CIVIL ACTION, WALLER V. REED et. al.

5. THAT I BE GRANTED LEAVE TO PROCEED WITH THE COMPLAINT AND MOTION/BRIEF FOR PRELIMINARY INJUNCTION ON ALL CLAIMS IN THE COMPLAINT, TO INCLUDE THOSE IN THE MOTION/BRIEF FOR PRELIMINARY INJUNCTION STILL UNDER GRIEVANCE REVIEW.

6. A HEARING BE HELD ON A DATE/TIME OF THE COURTS SCHEDULING REGARDING THE PRELIMINARY INJUNCTION MOTION.

RESPECTFULLY SUBMITTED,

## DECLARATION

I, THE PLAINTIFF ROMARIO V. WALLER DO' HEREBY DECLARE UNDER OATH AND PENALTY OF 28 U.S.C. 1746 THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

9. OF 11

<u>ORDER TO SHOW CAUSE AND TEMORARY RESTRAINING ORDER</u>

UPON THE MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT THEREOF IT IS

ORDERED: DEFENDANTS REED, GIBSON, SHIPMAN, CARROLL, VINEYARD, MAHONEY, GREEN, BLEVINS, BURTON BROWN, TITUS, BUTLER SHOW CAUSE IN ROOM _____ OF THE UNITED STATES DISTRICT COURT AT 600 W. CAPITOL AVENUE, LITTLE ROCK, ARKANSAS. 72201 ON THE DAY OF _____ 2020 AT _____ O'CLOCK A.M./P.M WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PURSUANT RULE 65(a), FED.R.CIV.PROC., ENJOINING THE DEFENDANTS, THEIR SUCCESSORS IN OFFICE, AGENTS, EMPLOYEES, AND ALL PERSONS ACTING IN CONCERN AND WITH THEM, TO CONSTRAIN/PROHIBIT THE DEFENDANTS FROM HAVING VERBAL, PHYSICAL, AND OPERATIONAL CONTACT WITH PLAINTIFF. TO PREVENT HARASSMENT, THREATS, ABUSE, AND DEPRIVATION OF ADEQUATE GRIEVANCE PROCEDURE AND MEALS FROM PLAINTIFF BY DEFENDANTS.

IT IS FURTHER ORDERED: PLAINTIFF BE REMOVED FROM VARNER UNIT SUPERMAX AS TO CARRY OUT THE COURTS ORDER PROHIBITTING DEFENDANTS CONTACT WITH PLAINTIFF.

IT IS FURTHER ORDERED: DEFENDANTS, AT THE HEARING PRODUCE THE SECURITY VIDEO'S REFERRED IN THE PLAINTIFF'S COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING ORDER AND SUPPORTING BRIEF RELATING TO THE CONFRONTATIONS. PROPERTY DESTRUCTION, ASSAULTS, THREATS, AND EXCESSIVE FORCE ALLEGED.

IT IS FURTHER ORDERED: THE CLERK OF UNITED STATES DISTRICT COURT PREPARE THE SUMMONS FOR SERVICE BY THE UNITED STATES MARSHALL'S SERVICE OF THE 1983 CIVIL RIGHTS COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT TO THE DEFENDANTS.

RESPECTFULLY SUBMITTED,

## CERTIFICATE OF SERVICE

THE ORIGINAL COPY OF THE FOREGOING ATTACHED TO THE COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION + TEMPORARY RESTRAINING ORDER AND MAILED TO THE CLERK OF U.S. DISTRICT COURT 600 WEST CAPITOL AVE., SUITE A-149 LITTLE ROCK, ARKANSAS. 72201 ON MARCH 22, 2020 THROUGH U.S. POSTAL SERVICE.

MR. ROMARIO V. WALLER.
.108263
USM P.O. BOX 400
GRADY, ARKANSAS. 71644

DARREN DANIELS
NOTARY PUBLIC-STATE OF ARKANSAS
DREW COUNTY
My Commission Expires 10-24-2024
Commission # 12404213

## NOTARY SERVICE
(LINCOLN COUNTY ARKANSAS)

SUBSCRIBED TO BEFORE ME _____ A NOTARY PUBLIC THIS 16ᵗʰ DAY OF _____ mar 2020.

MY COMMISSION EXPIRES: 10-24-2024

NOTARY PUBLIC: Darren Daniels.

11 OF 11

(PLAINTIFF EX.A)

Pg. 1 of 6

800-4

STATE OF ARKANSAS )
) §
COUNTY OF LINCOLN )

## AFFIDAVIT

I, Romario V. WALLER _____, after first being duly sworn, do hereby swear, depose and state that: On July 25, ~~2020~~ 2017 Lt.Brown of THE VARNER SUPERMAX ALONG WITH HIS FORMER CO-WORKERS Sgt.Brooks and c/o-a THOMPSON BOTH OF THE RECREATION-(YARD CREW) PLACED MYSELF AND INMATE D.MANNING into THE VSM YARD CALL CAGE BEHIND CELL BLOCK-5 TO FIGHT ONE ANOTHER. DURING THE FIGHT D.MANNING USED A SET OF HOMEMADE BRASS KNUCKLES WITH SHARPENED EDGES/CORNERS WITH SMALL SPIKES WHICH STABBED ME IN MY BOTTOM LIP CAUSING (8) EIGHT PUNCTURE WOUNDS (JAMES PLUMMER (CAPTAIN) WAS AWARE). On July 30, ~~2020~~ 2017 James PLUMMER ESCORTED ME FROM VSM-ISOL.400 1 WHERE I WAS HOUSED AT THE TIME OF THE FIGHT AND MOVED ME To CELL BLOCK-~~5~~ 440. AT THIS TIME I NOTIFIED JAMES PLUMMER THAT CAPTAIN BROWN HELPED ORGANIZE A CAGE FIGHT BETWEEN MYSELF AND D-MANNING + I SHOWED JAMES PLUMMER

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

April 24, 2019
_____
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 24 day of _____, 20 19.

_____
NOTARY PUBLIC

My Commission Expires: _____ 11/25/19

NOTARY PUBLIC-STATE OF ARKANSAS
PATRICIA A. PAIGE
JEFFERSON COUNTY
My Commission Expires 11-25-2019
Commission # 12374364

Pg. 2 OF 6

800-4

STATE OF ARKANSAS      )
                             )§

COUNTY OF _LINCOLN_____   )

### AFFIDAVIT

I, _Romario V. Waller,_____, after first being duly sworn, do hereby swear, depose and state that: THE STAB/PUNCTURE WOUNDS AND HE RESPONDED: "WHAT IF HE WOULD HAVE STABBED YOU IN THE EYE?" HOWEVER JAMES PLUMMER DID NOT REPORT THIS IN AN OFFICIAL MANNER. A POLYGRAPH CONDUCTED ON MY SELF WILL REVEAL THE TRUTH AND ACCURACY OF THIS ALLEGATION Lt. BROWN and CAPTAIN PLUMMER COOPERATED IN ORGANIZING AND CONSPIRATORILY COVERING UP A CAGE FIGHT BETWEEN ROMARIO WALLER AND D-MANNING, TWO VARNER SUPERMAX PRISONERS. AT THE TIME OF THIS BREACH OF SECURITY I WAS A LOWER STATUS SEGREGATION INMATE AND D-MANNING WAS A HIGH SECURITY INCENTIVE LEVEL BEHAVIOR MODIFICATION PROGRAM INMATE. SINCE THAT TIME ON NUMEROUS OCCASSIONS WHILE I WAS HOUSED IN VSM-CB-553 FROM AUGUST 1, 2019 UNTO APRIL 12, 2019 JAMES PLUMMER AUTHORIZE BREACHES OF SECURITY CONSISTING OF AUTHORIZING

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_____APRIL 24, 2019_____
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 21 day of _____4_____, 20 _19_.

NOTARY PUBLIC

My Commission Expires: _____11/25/19_____



NOTARY PUBLIC-STATE OF ARKANSAS
PATRICIA A. PAIGE
JEFFERSON COUNTY
My Commission Expires 11-25-2019
Commission # 12371364

Pg. 3 OF 6

800-4

STATE OF ARKANSAS )
                              ) §
COUNTY OF Lincoln )

### AFFIDAVIT

I, RomARio V. WALLER , after first being duly sworn, do hereby swear, depose and state THAT C/O'S - SGT'S AND HE HimSELF To LEAVE THE CELL TRAP DOOR OPEN AT CELL-553 SO THAT I MAY LOUNGE AND etc. AFTER FOOD OVER 19 MONTHS FROM 8-1-2019 To 4-12-2019 HG CREATED AN ARGUEMENT WITH ME ABOUT THE CELL TRAP FOR 553 BEING OPEN THOUGH HE WAS PART OF A PRACTICE OF LEAVING CELL 553 AND OTHER CELL TRAP DOORS OPEN. OSSIE WELLS WAS. ANOTHER OFFICER JAMES PLUMMER AUTHORIZED To OPEN + LEAVE CELL TRAPS OPEN AND ON DozENS OF OCCASSIONS AGREED TO LEAVE IT OPEN WITH ME. AFTER MY 4-12-2019 ARGUEMENT WITH JAMES PLUMMER OSSIE WELLS OPENED CELL 527 TRAP DOOR FOR THE INMATE. SHE CAME To CELL (553) AND I ASKED HER! "WHY DID YOU ACT A FOOL BlowING IT ALL OUT OF PROPORTION ABOUT THIS TRAP BEING OPEN AND You'VE BEEN OPENING IT + LEAVING IT OPEN AND RIGGED OPEN FOR ALMOST TWO YEARS PLUS YOU JUST OPENED CELL 527 TRAP AFTER

I FURTHER SWEAR that the statements, matters and things contained herein are true and accurate to the best of my knowLedge, information and belief.

APRIL 24
FOOD-2019
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 24 day of ___ 4 , 20 19 .

NOTARY PUBLIC

My Commission Expires: 11/25/19

PATRICIA A. PAIGE
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 11-25-2019
Commission # 12374364

Pg. 4 of 6

**STATE OF ARKANSAS** )
)§
**COUNTY OF** Lincoln )

### AFFIDAVIT

I, RomaRio V. Waller, after first being duly sworn, do hereby swear, depose and state that: CAPTAIN PLUMMER, Lt. LLOYA and THE Sgt's word JUST CLOSED iT "? Well's stated: "CAPTAIN PLUMMER TOLD ME To OPEN Sa7 TRAP You PuNK ASS BiTCH." This illicited an ARGUEMENT iN which she also stated: "You'Re A HomoseXUAL / You'Re GAY/ You SUCK DICK / You BEEN FUCKED / You'RE A FAGGOT ASS BitcH / You'RE A PuNK ASS BiTCH / YOU'RE A DICK SUCKER / YouR MOTHER is A PROSTITUTING WHORE." THESE HOMOPHOBIC IND SEXUALLY EXPLICIT NAME CALLING VIOLATED THE SEXUAL MISCONDUCT WITH INMATES POLICY AND SEXUAL HARASSMENT POLICY. I NOTIFIED CAPTAIN PLUMMER AND MAJOR CARROL VERBALLY AS WELL ADMINISTRATIVE REVIEW OFFICER SANDRA REDWOOD EACH INDIVIDUALLY BUT WHILE I WAS HELD IN A VSM HALLWAY HOLDING "CAGE" + I TOLD MS. REDWOOD I DID NOT HAVE A GRIEVANCE AT THE TIME To WRite it UP. I ALSO TOLD EACH OF CAPTAIN PLUMMER / MAJOR CARROLL / MS. REDWOOD THAT

I further swear that the statements, matters and things contained herein are true and accurate to

:st of my knowledge, information and belief.

APRIL 24 ~~2022~~-2019

_____
**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 24 day of 4 , 20 19 .

_____
NOTARY PUBLIC

My Commission Expires: 1/25/19

PATRICIA A. PAIGE
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 11-25-2019
Commission # 12374364

Pg. 5 OF 6

STATE OF ARKANSAS                    )
                                     ) §
COUNTY OF **LINCOLN**                )


## AFFIDAVIT


I, Romario V. WALLER, , after first being duly sworn, do hereby swear, depose

and state that: ON 4-12-2019 OSSIE WELLS USED THE SAID SEXUAL HARASSMENT etc. I ALSO

NOTIFIED THEM EACH THAT IN DECEMBER 2016 OSSIE WELLS COMMITTED THE EXACT SIMILAR SEXUAL
HARASSMENT USING THE EXACT SIMILAR + SAME HOMOPHOBIC SLURS + PROFANE STATEMENTS AGAINST
ME AND USED A FALSE DISCIPLINARY OMMITTING HER SEXUAL HARASSMENT FROM THE REPORT. I ALSO
TOLD THEM THAT AS A RESULT I REPORTED THE SEXUAL HARASSMENT TO THE ARKANSAS STATE POLICE WHICH
LED TO AN INVESTIGATION. THE RESULT OF THE INVESTIGATION WAS THAT THE FALSE DISCIPLINARY BY
OSSIE WELLS WAS NULLIFIED WITHOUT MY HAVING TO APPEAR AT DISCIPLINARY COURT AND
OSSIE WELLS WAS REPRIMANDED.     I ALSO NOTIFIED PLUMMER/CARROLL/ms. REDWOOD THAT
DUE TO OSSIE WELLS HAVING A HISTORY OF SEXUALLY HARASSING ME + USING AN DISCIPLINARY TO COVER
IT UP WITH OMMISSION OF HER SEXUAL HARASSMENT AN INVESTIGATION SHOULD BE CONDUCTED
AND THE WARDEN SHOULD BE NOTIFIED OF THIS NEW 4-12-2019 SEXUAL HARASSMENT. MS. REDWOOD
TOOK NOTES AND STATED SHE'D TALK TO HER SUPERVISORS.   NEITHER PLUMMER NOR CARROLL TOOK
NOTES NOR NOTIFIED THE WARDEN NOR MADE A WRITTEN RECORD OF MY 4-12-2019 INFORMING
THEM OSSIE WELLS SEXUALLY HARASSED ME.   A COMPUTERIZED VOICE STRESS ANALYZER OF I-
ROMARIO WALLER WILL SHOW THE TRUTH AND ACCURACY OF THIS STATEMENT. ON 4-12-2019
JUST AS ON THE FIRST TIME OSSIE WELLS, THE CULPRIT OF MY PRIOR VALID SEXUAL HARASSMENT
COMPLAINT HAS SUBMITTED A FALSE DISCIPLINARY OMMITTING THE FACT THAT AT THE TIME OF THE
ALLEGED INCIDENT SHE INITIATED AN ARGUEMENT CALLING ME " DICKSUCKER/PUNK ASS BITCH/FAGGOT ASS
BITCH/HOMOSEXUAL/GAY/FAGGOT/YOUR MOTHER IS A CRACK SMOKING PROSTITUTING WHORE ".

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

APRIL 24
~~OCTO~~-2019
DATE

_____
AFFIANT


SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 24 day of

_____ 4 , 20 19 .


_____
NOTARY PUBLIC


My Commission Expires: _____11/25/19_____

PATRICIA A. PAIGE
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 11-25-2019
Commission # 12374364

Pg. 6 of 6

STATE OF ARKANSAS )
                            ) §

COUNTY OF Lincoln )

## AFFIDAVIT

I, Romario V. WALLER, To Wendy KELLEY, after first being duly sworn, do hereby swear, depose

and state that: THE SEXUAL HARASSMENT MADE BY OSSIE WELLS WAS OMMITTED FROM HER

APRIL 12, 2019 INCIDENT REPORT # 2019-04-151 IN VIOLATION OF THE SEXUAL MISCONDUCT WITH INMATES POLICY AND A.R. 005. BRANDON CARROLL AND JAMES PLUMMER BOTH VIOLATED THE SEXUAL MISCONDUCT WITH INMATES POLICY BY REFUSING TO NOTIFY THE WARDEN THAT ON 4-12-2019 I NOTIFIED THEM OSSIE WELLS SEXUALLY HARASSED ME. I AM Directly SUBMITTED THIS SWORN AFFIDAVIT TO YOU, DIRECTOR WENDY KELLEY BECAUSE I WANT TO FILE TWO COUNTS OF FORMAL SEXUAL HARASSMENT CHARGES AGAINST OSSIE WELLS AND AM REQUESTING YOU TO CONTACT THE ARKANSAS STATE POLICE ON MY BEHALF AS A WARD OF THE STATE SO THAT I MAY REPORT THESE CRIMES TO THE STATE POLICE. I FURTHER REQUEST THAT YOU ORDER AN INTERNAL AFFAIRS INVESTIGATION TO INCLUDE POLYGRAPH and/or COMPUTERIZED VOICE STRESS ANALIZER WHICH RESULTS ALONG WITH THE RESULTS OF THE FIRST SEXUAL HARASSMENT INVESTIGATION TO BE DELIVERED TO THE ARKANSAS STATE POLICE, AND ATTORNEY GENERAL FOR PROSECUTION AND REGARDING MY PURSUIT OF CRIMINAL CHARGES AGAINST OSSIE WELLS. I ALSO REQUEST AN INTERNAL AFFAIRS INVESTIGATION-POLYGRAPH - COMPUTERIZED VOICE STRESS ANALIZER INTO THE ALLEGATIONS HEREIN MADE AGAINST BOTH BRANDON CARROLL AND JAMES PLUMMER. I HAVE A HISTORY OF MAKING TRUTHFUL STATEMENTS DURING TWO PRIOR SEXUAL HARASSMENT COMPLAINT, FOR THIS REASON I AM A CREDIBLE WITNESS AND MY COMPLAINT SHOULD BE INVESTIGATED, AND A RESTRAINING ORDER AGAINST OSSIE WELLS SHOULD BE ENFORCED.

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

APRIL 24
     - 2019

DATE                           AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 24 day of

_____4_____, 20 19.

NOTARY PUBLIC

My Commission Expires: 11/25/19

PATRICIA A. PAIGE
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 11-25-2019
Commission # 12374364

(PLAINTIFF EX. B)

STATE OF ARKANSAS )
 ) §
COUNTY OF _Lincoln_____ )

## AFFIDAVIT

I, _Romario V. Waller_____, after first being duly sworn, do hereby swear, depose and state that: ON MARCH 12,2020 Lt. WASHINGTON TOLD ME HE NEED ME To WRITE A WITNESS STATEMENT REGARDING THE ARK. STATE POLICE CRIME INFORMATION CENTER HOTLINE CALL I MADE CONCERNING THE ILLEGAL TERRORIST THREATS, BATTERY. I RECEIVED FROM Lt. MAHONEY, CAPTAIN PLUMMER, Sgt. BUTLER ON THE DATES OF MARCH 9,2020-MARCH 11,2020. HE SENT Sgt. WALLACE To BRING ME THE WITNESS STATEMENT FORM & SHE SENT C/o PARKER TO RETRIEVE IT AFTER I COMPLETED IT. IN THIS MANNER A SHAM UNIT INVESTIGATION WAS FAKED. I DID NOT HAVE ANY INTERVIEW WITH THE UNIT LEVEL INVESTIGATOR, & I'm NOT SURE IF MY WITNESS STATEMENT HAS BEEN INAPPRNPROATELY PROCESSED DUE TO IT BEING FUNNELED THROUGH NON-INVESTIGATORY STAFF.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_MARCH 13,2020_____
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _16th_ day of _mar._____,20_20_.

DARREN DANIELS
NOTARY PUBLIC-STATE OF ARKANSAS
DREW COUNTY
My Commission Expires 10-24-2024
Commission # 12404213

Darren Daniels
NOTARY PUBLIC

My Commission Expires: _10-24-2024_

Pg. 1 OF 2           ( PLAINTIFF EX·C )

STATE OF ARKANSAS        )
                         ) §
COUNTY OF _Lincoln_____  )

CC: BOARD OF CORRECTION
    DIRECTOR DEXTER PAYNE
    DEP. WARDEN SHIPMAN
    MRS. F. WASHINGTON
    NAACP
    ATTORNEY GENERAL OF ARKANSAS
    GOVERNOR HUTCHINSON

## AFFIDAVIT

I, _MR. ROMARIO V. WALLER_____, after first being duly sworn, do hereby swear, depose

and state that: 1. IT IS A WELL KNOWN FACT THAT I SUBMITTED AN INFORMAL GRIEVANCE LEADING TO AN INVESTIGATION OF ROBERT BLEVINS USING KKK/ARIAN RACIST EPITHETS WHEN HE USED THE "NIGGER" WORD SEVERAL TIMES. ON 1·29·2020 HE RETALIATED BY ATTEMPTING TO ASSAULT ME WHILE I WAS RESTRAINED VIA HANDCUFFS AND BEING SHACKLED BY BOBBY BURTON. 2. I WAS FORCED TO DEFEND MYSELF. 3. ON 2·26·2020 ROBERT BLEVINS ATTEMPTED TO AGAIN RETALIATE HARASS AND SET ME UP WHEN HE AND HIS FELLOW KU KLUX KLANSMAN Lt. ROGERS CAME TO ESCORT ME TO AN CLASSIFICATION HEARING I WAS NOT GIVEN 24-HOUR NOTICE FOR. 4. DUE TO THE NATURE OF MY SAID GRIEVANCES INVESTIGATION OF HIS USE OF THE RACIAL STATEMENTS AGAINST AFRICAN AMERICANS AND THE PHYSICAL CONFRONTATION WHICH OCCURRED WHEN I HAD TO PREVENT HIM FROM ATTACKING ME IN HANDCUFFS HE SHOULD NOT HAVE BEEN ALLOWED TO COME IN MY PRESENCE OR TO SUBJECT ME TO HANDCUFFS & SHACKLES WHEN HE TRIED TO ATTACK ME ONLY 28 DAYS AGO. 5. I WAS TAKEN TO THE SAID CLASSIFICATION HEARING WHERE I WAS NOTIFIED I'D BE RECOMMENDED FOR BEHAVIOR MODIFICATION PROGRAM ASSIGN-MENT FOR HEADBUTTING Sgt. BLEVINS WHO WAS STANDING THERE HOLDING MY ARM WHILE I WAS IN HANDCUFF'S AND SHACKLES. THE HEARING WAS HELD IN VSM ISOL.4 SECURITY CONTROL BOOTH IN VIOLATION OF THE PROHIBITION OF INMATES IN CONTROL BOOTHS. IN TURN, I WAS SURROUNDED BY 7 KNOWN KU KLUX KLANSMEN IN THE CONTROL BOOTH WITHOUT A SECURITY VIDEO MONITOR AS AN ATTEMPT TO INTIMIDATE ME AND PROVOKE A CONFRONTATION WHICH WOULD ALLOW THEM TO JOINTLY ATTACK ME WITHOUT SECURITY VIDEO EVIDENCE AS A MEANS OF RETALIATING ON MY RAISING A GRIEVANCE INVESTIGATION OF ROBERT BLEVINS RACIST ACTIVITY AND ATTEMPT TO DO THE SAME---ATTACK ME WHILE I WAS HANDCUFFED. 6. I ASKED WARDEN SHIPMAN IF I COULD MAKE A STATEMENT AND HIS RESPONSE WAS:" I DON'T WANT TO HEAR ANYTHING. THIS IS NOT A DISCIPLINARY HEARING. YOU HEAD-BUTTED Sgt. BLEVINS. I'm RECOMMENDING TO THE DIRECTOR YOU BE ASSIGNED TO THE BEHAVIOR MODIFICATION PROGRAM. I WAS THEN REMOVED FROM THE HEARING.

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

_FEB. 26, 2020_____
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _26_ day of

_Feb_____, 20 _20_

_____
NOTARY PUBLIC

My Commission Expires: ___3-16-25_____

SCOTT A TAYLOR
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403819

Pg. 2 OF 2

STATE OF ARKANSAS ) §
COUNTY OF _Lincoln_ )

BOARD OF CORRECTION

CC: DIRECTOR DEXTER PAYNE
DEP. WARDEN SHIPMAN
MRS. F. WASHINGTON.
NAACP
ATTORNEY GENERAL OF ARKANSAS
GOVERNOR HUTCHINSON

## AFFIDAVIT

I, _MR. RoMARIO V. WALLER._ , after first being duly sworn, do hereby swear, depose

and state that: 7. IN THIS MANNER DEP. WARDEN SHIPMAN WAS COMPLICIT IN ORCHESTRATING A Ku Klux KLAN HIT ON ME AND IN ORGANIZING A Ku KLUX KLAN MEETING AGAINST ME IN VSM ISOL.4 CONTROL BOOTH UNDER PRETENSE OF A FALSE CLASSIFICATION HEARING OF WHICH I WAS DEPRIVED 24-HOUR ADVANCED NOTICE FOR TO CALL + PRESENT WITNESS AND EVIDENCE, MAKE A DEFENSIVE STATEMENT AND HAVE A FAIR HEARING. 8. THERE IS NO POSSIBLE WAY THAT CAN BE CONSIDERED A FAIR + IMPARTIAL HEARING WHEN THE Ku KLUX KLANS-MAN I ALLEGEDLY BATTERED FOR ATTEMPTING TO ATTACK ME WHILE I WAS IN HANDCUFFS DUE TO MY REPORTING HIS Ku KLUX KLAN ACTIVITY. THROUGH THE GRIEVANCE PROCEDURE WAS THERE HOLDING MY ARM. 9. DUE TO THE SPECIFIED PROCEDURAL DUE PROCESS VIOLATIONS AND CLEARLY UNLAWFUL TACTICS OF THE Ku KLUX KLAN UNDER THE DIRECTION OF DEP. WARDEN SHIPMAN I APPEAL THE _SAID RECOMMENDATION I BE ASSIGNED TO BEHAVIOR MODIFICATION PROGRAM ON FEB. 26, 2020._

10. I FURTHER DEMAND THE VSM POD. CELL BLOCK-1 SECURITY VIDEO FOR JANUARY 29, 2020  7:00 A.M - 11:00 AM BE PRESERVED, INVESTIGATED AND A COMPUTER VOICE STRESS ANALYSIS ON MYSELF AND ROBERT BLEVINS AS UNDENIABLE SCIENTIFIC EVIDENCE THAT WHEN I HEADBUTTED BLEVINS I WAS CONSTITUTIONALLY PREVENTING HIM FROM ATTACKING ME IN VIOLATION OF MY GRIEVANCE WHILE I WAS HANDCUFFED ONLY AFTER HE TRIED TO PUSH ME DOWN FIRST.

11. I HAVE HONESTLY PARTICIPATED IN TWO PRIOR COMPUTER VOICE STRESS ANALYSIS EXAMINATIONS AGAINST RACIST GUARDS ILLEGAL ACTIONS AGAINST ME. MY CREDIBILITY IS RIGHTEOUS. THIS EXAMINATION AND REVIEW OF THE SECURITY VIDEO SHOULD BE CONDUCTED IN CONJUNCTION AS PART OF THE FACT FINDING PROCESS, OTHERWISE, BEHIND CLOSED DOORS THE Ku KLUX KLAN IS USING A STATE AGENCY AS IT'S OWN CONSTITUTIONAL LYNCHING GROUND, AS A MEANS OF DEPRIVING MY RIGHTS IN AN UNLAWFUL MANNER.

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

_FEB. 26, 2020_
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _16_ day of

_Feb_ , 20 _20_.

_____
NOTARY PUBLIC

My Commission Expires: _3/16-25_

SCOTT A TAYLOR
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403819