**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ROMARIO V. WALLER                                                                                             PLAINTIFF
ADC #108263

v.                                               4:20-cv-00335-JM-JJV

DALE REED, Deputy Director
Arkansas Department of Correction; *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is a Partial Recommended Disposition filed by United States Magistrate Judge Joe J. Volpe. (Dkt. No. 5). No objections to the Recommended Disposition have been filed, and the time to do so has passed. After review, this Court adopts the Partial Recommended Disposition in its entirety as this its findings in all respects. Therefore, Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. No. 3) is denied.

So ordered this 20th day of April, 2020.

James M. Moody, Jr.
United States District Judge