# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ROMARIO V. WALLER,                                                            PLAINTIFF
ADC #108263

v.                             4:20-cv-00335-JM-JJV

DALE REED, Deputy Director, ADC, *et al.*                      DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may PROCEED with his excessive force, retaliation, and failure to protect claims against Defendants Blevins and Titus in their individual capacities only.

2. All other claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

3. Defendants Reed, Gibson, Vineyard, Mahoney, Green, Burton, Butler, Brown, Shipman, and Carroll are DISMSISED WITHOUT PREJUDICE as parties to this lawsuit because Plaintiff has not pled any plausible claims against them.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 19th day of May 2020.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE