UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 4 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

MR. ROMARIO V. WALLER.                                          PLAINTIFF

V.                              CASE NO. 4:20-CV-0335-JJV
DEXTER PAYNE DIRECTOR ADC
JAMES GIBSON, WARDEN, VSU                                       DEFENDANT

<u>DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY</u>
<u>INJUNCTION AND TEMPORARY RESTRAINING ORDER</u>
THE PLAINTIFF ROMARIO V. WALLER STATES:

1. I MAKE THIS MOTION IN SUPPORT OF MY MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER.

2. I AM A MEMBER OF THE LARGER PUTATIVE CLASS IN FRAZIER et.al V. KELLEY, et.al. 4:20-CV-00434-KGB-JJV AS I AM ONE OF THE "ALL OTHER SIMILARLY SITUATED" PRISONERS DETAINED IN ADC CUSTODY AT VSU.

3. BEGINNING JUNE 29, 2020 I BEGAN LOGGING VSU STAFF VIOLATIONS OF COVID-19 PPE VIOLATIONS SUBJECTING ME TO POSSIBLE COVID-19 INFECTION, SEE ATTACHED "COVID-19 CONTACT TRACING LIST / HISTORY, SWORN AFFIDAVIT OF ROMARIO V. WALLER.

4. ON 8-12-2020 RUMORS OF COVID-19 INFECTION IN VARNER UNIT 18 and 20 BRKS SPREAD AROUND VSU.

5. ON 8-13-2020 UP TO A DOZEN TOTAL NURSES, STATE POLICE, VSU GUARDS ENTERED CB-6 FOR MASS COVID-19 TESTING AFTER MASS TESTING VSU ISOLATIONS 1, 4, AND VSU CB-1-5.

6. AS PART OF THE TESTING ALL INMATES WERE DIRECTED TO SUBMIT TO HANDCUFFS AND PUT THEIR FACE AT THE CELL TRAP DOOR TO BE TESTED BY HAVING EITHER A RANDOM GUARD, NURSE, OR STATE POLICE OFFICER SWAB INSIDE THEIR NOSE.

7. SOME OF THE GUARDS, THOUGH CLUSTERED WITH THE OTHER SAID PERSONNEL WERE IN VIOLATION OF MANDATORY MASK USE LAWS BY HAVING THEIR PPE MASKS BELOW THEIR NOSES WHILE HANDLING THE TEST BAGS, "TEST STICKS" AND BREATHING OVER THEM, THUS CONTAMINATING THE VERY TEST UTENSILS MEANT TO BE PLACED INSIDE INMATES NOSES.

8. THIS PRACTICE EXPOSED ALL INMATES TO POSSIBLE COVID-19 TRANSMISSION.

9. THE HANDCUFFS WERE APPLIED TO ONE INMATE AFTER ANOTHER WITHOUT BEING FIRST STERILIZED PURSUANT CDC/ADH PROTOCOLS FOR STERILIZING FREQUENTLY TOUCHED OBJECTS, FURTHER EXPOSING ALL INMATES TO COVID-19 INFECTION.

10. I ASKED THE STATE POLICE OFFICERS TO STERILIZE THE HANDCUFFS PRIOR TO LETTING THEM CONTAMINATE ME WITH THEM AND THEY REFUSED.

11. TO PREVENT UNNECESSARY + RECKLESS COVID-19 CONTRACTION I DECLINED ~~REFUSED~~ TO BE TESTED UNDER THESE CIRCUMSTANCES.

12. I WAS THEN TOLD I'D BE WRITTEN A MAJOR DISCIPLINARY FOR REFUSING.

13. THE NURSES NEVER SPOKE A WORD TO ME OR GAVE ME ANY INFORMATION ABOUT THE PROCESS.

P. 1 OF 4

14. I WROTE AN INFORMAL GRIEVANCE EXPLAINING ALL OF THIS ON 8-13-2020 AS WELL.

15. ON 8-17-2020 SEVERAL INMATE PORTERS WHO LIVE IN CB-2 ENTERED CB-6 TO MOP + SWEEP THE FLOORS AND THEY and SOME GUARDS SPREADED A RUMOR THAT SOME OF THE KITCHEN WORKERS / PORTERS LIVING IN CB-2 WERE QUARANTINED AFTER HAVING POSITIVE COVID-19 TEST RESULTS FROM THE 8-13-2020 TESTING.

16. ALTHOUGH CDC/ADH PROTOCOL REQUIRE QUARANTINE OF ALL THE INMATES LIVING IN CB-1,2,3,4 (INFECTED AREAS) AND CONTACT TRACING CONDUCTED, THESE PORTERS AND KITCHEN WORKERS ARE STILL ALLOWED TO ROAM THE INFECTED AREAS AND WORK VSU KITCHEN WHILE LIVING IN THE INFECTED AREAS.

17. THESE INMATES ARE THEREBY POSSIBLY SPREADING COVID-19 TO UNINFECTED PRISONERS AND LIVING AREAS.

18. HOWEVER, ON 8-17-2020 AT DINNER I WAS AWAKENED BY SGT. DUNLAP AND C/O-TAYLOR WHO WERE DELIVERING DINNER. MY FOOD WAS ON A STYROFOAM TRAY WITH REDUCED PORTIONS, INSTEAD OF THE REGULAR SIZED STANDARD PLASTIC TRAY WHICH HOLDS STANDARD PORTIONS.

19. ACCORDING TO THE C/O TAYLOR, HIS SUPERVISOR BRANDON CARROLL LOOKED AT THE SAID TRAY AND APPROVED THE PORTIONS BECAUSE INMATES ON QUARANTINE DON'T GET REGULAR PORTIONS.

20. ACCORDING TO TAYLOR AND DUNLAP QUARANTINE RESTRICTED THEM FROM TAKING MY AND FILLING MY DRINKING CUP SO INSTEAD I WAS GIVEN A PRE-MADE STYROFOAM CUP OF TEA, THEN TAYLOR STILL TOOK AND FILLED MY CUP + DIDN'T CHANGE HIS GLOVES.

21. ACCORDING TO TAYLOR AND DUNLAP QUARANTINE RESTRICT THEM FROM TAKING ANYTHING OUT MY CELL, TO PREVENT SPREADING COVID-19.

22. HOWEVER, AFTER DINNER, THEY TOOK-UP THE SAID STYROFOAM TRAY FROM ME AND PLACED IT ON THE FOOD CART WITH THE OTHER INMATES USED/DIRTY REGULAR TRAYS.

23. IT IS MY BELIEF THE REDUCTION OF FOOD PORTIONS AND FAKE QUARANTINE IS MERE HARASSMENT BECAUSE OF THE FOLLOWING REASONS:

(i) BOTH DUNLAP AND TAYLOR WORE THEIR PPE MASK BELOW THEIR NOSE WHILE SERVING DINNER.

(ii) AFTER HANDLING MY PERSONAL DRINKING CUP TAYLOR HANDLED OTHER INMATES CUPS AND FOOD TRAYS WITH THE SAME UNSTERILIZED GLOVES.

(iii) THE USED FOOD TRAY FROM MYSELF AND OTHER "QUARANTINED INMATES" WERE STACKED ON THE USED FOOD TRAYS FROM NON QUARANTINED INMATES.

AS SUCH THE ONLY PURPOSE SERVED BY THE "QUARANTINE" WAS TO REDUCE MY FOOD.

P. 2 OF 4

24. ACCORDING TO SOME C/O'S, THE SAME QUARANTINE MEASURES ARE FOLLOWED WITH THE ACTUAL COVID-19 INFECTED INMATES IN CB-1,2,3,4. THESE MEASURES DO NOT PREVENT TRANSMISSION OF COVID-19 BUT CAUSES TRANSMISSION.

25. PRIOR TO THE "QUARANTINE" SIGN BEING PLACED ON CELL 672 DOOR WHERE I AM DETAINED I HAD NOT BEEN NOTIFIED I'D BE PLACED ON QUARANTINE BY MAJOR BRANDON CARROLL NOR ANY MEDICAL STAFF.

26. NO MEDICAL STAFF HAS SPOKEN TO ME ABOUT COVID-19, COVID-19 TESTING, NOR OF MY COMPLAINT ABOUT THE COVID-19 TEST PROTOCOL VIOLATIONS OF STAFF.

27. ACCORDING TO INMATES THE QUARANTINE CALLS FOR 30 DAYS TELEPHONE RESTRICTION.

28. AS SUCH, INSTEAD OF PROVIDING ME SAFE AND SECURE TESTING I WAS SUBJECTED TO CONTRACTION OF COVID-19 DURING TESTING, AND PUNISHED WITH FOOD DEPRIVATION AND TELEPHONE RESTRICTION FOR REFUSING TO SUBMIT TO THE QUESTIONABLY DANGEROUS TESTING PROCESS.

29. WHEN I COMPLAINED TO DUNLAP AND TAYLOR THE STYROFOAM TRAY HAD INADEQUATE FOOD PORTIONS (THREE PLASTIC SPOONS OF BEANS, THREE PLASTIC SPOONS MIXED CARROTS + PEAS, TWO PLASTIC SPOONS OF MIXED FRUIT) DUNLAP OFFERED TAYLOR AN MK-9 RIOT MACE FOG CANISTER AND TOLD HIM TO MACE ME. AS SUCH I WAS THREATENED WITH RIOT MACE FOR ASKING FOR REGULAR FOOD PORTIONS.

30. IT IS MY BELIEF THE STAFF HAVE MADE NO DISTINCTION BETWEEN INMATES QUARANTINED DUE TO COVID-19 INFECTION and THOSE QUARANTINED DUE TO DECLINING THE TEST. THE GUARDS THINK ALL QUARANTINED INMATES HAVE COVID-19 INFECTION, ESSENTIALLY A DEATH SENTENCE THEREFORE THEY ARE USING THE FALSE QUARANTINE AS AN OPEN DOOR FOR TORTURING THOSE THEY EXPECT TO DIE IN A COUPLE WEEKS, UNDER THE EXPECTATION THAT BY RESTRICTING OUR PHONE ACCESS AND MAIL ACCESS THEY CAN PREVENT US FROM RAISING AWARENESS UNTIL WE EXPECTEDLY DIE.

31. THIS IS OBVIOUS BY THE FACT THAT THE SO-CALLED QUARANTINE IS NOT IMPOSED IN PRACTICE BY MEDICAL STAFF, BUT THE VERY SECURITY GUARDS WHO THEMSELVES ARE EXPOSING US TO COVID-19 INFECTION WHILE ENFORCING A FALSE QUARANTINE AS FOOD DEPRIVATION.

32. FURTHER ON THE NIGHT OF 8-17-2020 "CELL CLEAN-UP" WAS CONDUCTED IN CB-6 IN WHICH ALL QUARANTINED INMATES WERE OFFERED USE OF THE TOILET BRUSH USED BY ALL

NON QUARANTINED INMATES YET THE TOILET BRUSH WAS NOT STERILIZED PRIOR TO OR AFTER QUARANTINED INMATES USED IT., AND GUARDS WERE NOT DIRECTED TO STERILIZE IT. AS A RESULT, THE ONLY QUARANTINE MEASURES APPLIED IS TELEPHONE RESTRICTION AND FOOD DEPRIVATION, WHILE ACTUAL PREVENTIVE MEASURES ARE NOT APPLIED PERIOD IN ANY CIRCUMSTANCE WITH QUARANTINED NOR NON QUARANTINED INMATES.

33. FOR THE FOREGOING REASONS SET FORTH IN THE MEMORANDUM OF LAW FILED WITH MY MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER SHOULD BE ISSUED AND BECAUSE I AM ENTITLED FOR THE RELIEF REQUESTED.

PURSUANT 28 U.S.C 1746 I DECLARE UNDER OATH AND PENALTY OF PERJURY THAT THE FORE GOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED,

BY.

CERTIFICATE OF SERVICE

A COPY OF THE FOREGOING MAILED TO THE CLERK OF U.S. DISTRICT COURT UNDER DURESS A 600 WEST CAPITOL AVE. SUITE A-149  LITTLEROCK, AR. 72201  AUGUST 18, 2020.

MR. ROMARIO V. WALLER.
.108263
VSu P.O. BOX 400
GRADY, AR. 71644

P.4  OF  4