**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROMARIO V. WALLER**
**ADC #108263**                                                      **PLAINTIFF**

**v.**                              **CASE NO.: 4:20-CV-335-JM-JJV**

**DALE REED, et al.**                                               **DEFENDANT**

**BRIEF IN SUPPORT OF MOTION**
**TO TAKE DEPOSITION OF PLAINTIFF**

Come now the Arkansas Division of Correction ("ADC") Defendants, Robert

Blevins and Jackenzie Titus, by and through their attorneys, Attorney General Leslie Rutledge

and Assistant Attorney General Vincent P. France, and for their Brief in Support Motion to Take

Deposition from Plaintiff, Romario Waller, ADC # 108263, state:

The Plaintiff is an inmate of the Arkansas Department of Correction.  Acting *pro se*, the

Plaintiff filed this 42 U.S.C. §1983 action alleging violation of plaintiff's U.S. Constitutional

rights.  The Plaintiff alleged violation of plaintiff's U.S. Constitutional rights.  *Federal Rule of*

*Civil Procedure, Rule* 30(a)(2) regarding depositions provides that "[a] party must obtain leave of

court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if

the person to be examined is confined in prison. . . ." *Federal Rule of Civil Procedure, Rule*

30(a)(2).  Defendants desire to depose the Plaintiff upon oral examination for discovery purposes

and has filed a motion for leave of court to depose Plaintiff.

In addition, Defendants would like to depose Plaintiff remotely via zoom.  *Federal Rule of*

*Civil Procedure, Rule* 30(b)(4) states that an order of the Court or stipulation of the parties is

required for a deposition to be taken by remote means.  Therefore, Defendants respectfully ask the

Court to enter an Order authorizing them to depose Plaintiff remotely.

Wherefore, Defendants' motion for leave of the Court to take deposition from Plaintiff by remote means should be granted.

Respectfully submitted,
LESLIE RUTLEDGE
Attorney General


By:   Vincent P. France
Ark Bar No. 2010063
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-2007
Fax:     (501) 682-2591
Email:  vincent.france@arkansasag.gov
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I, Vincent P. France, hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

I, Vincent P. France, hereby certify that on October 23, 2020, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Mr. Romario V. Waller, ADC #108263
Arkansas Division of Correction
Varner Supermax Unit
P.O. Box 600
Grady, AR 71644

*/s/ Vincent P. France*
Vincent P. France

2