## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ROMARIO V. WALLER
ADC #108263                                                                    PLAINTIFF


v.                          CASE NO.: 4:20-CV-335-JM-JJV


DALE REED, et al.                                                              DEFENDANT

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, Defendants Robert Blevins and Jackenzie Titus, known collectively as "ADC Defendants," by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Vincent P. France, and for their Motion for Summary Judgment, state the following:

1.      Romario Waller (ADC #108263), is an inmate incarcerated the Arkansas Division of Correction (hereinafter "ADC") and he is currently housed at the Varner Supermax Unit. Doc. No. 10, p. 2.

2.      On April 27, 2020, Waller filed an Amended Complaint in which he alleges that on January 29, 2020, Defendant Robert Blevins violated his constitutional rights through excessive force and retaliation. Doc. No. 10, p. 4-6.

3.      Additionally, Waller also alleges in his Amended Complaint that Defendant Titus failed to protect him. Doc. No. 10, p. 6.

4.      Defendant Robert Blevins is and was at all times relevant to this lawsuit employed by the ADC as a sergeant at the Varner Supermax Unit.

5.      Defendant Jackenzie Titus was at all times relevant to this lawsuit employed by the ADC as a correctional officer at the Varner Supermax Unit.

1

6.      Pursuant to Fed. R. Civ. Procedure 56, a party is entitled to summary judgment if the pleadings, together with any supporting documents, establish there is no issue of material fact in dispute.

7.      Waller's claims are barred by the *Heck* Doctrine.

8.      Waller cannot present *prima facie* evidence to support his claim that Defendant Blevins used excessive force against him.

9.      Additionally, Waller cannot present *prima facie* evidence to support his claim of retaliation against Defendant Blevins.

10.      Moreover, Waller cannot present *prima facie* evidence to support his claim that Defendant Titus failed to protect him.

11.      Finally, at a minimum, if the Court finds that Waller can show *prima facie* evidence of a constitutional violation, then Defendants are entitled to qualified immunity because Waller cannot show that the law was "clearly established."

12.      Defendants attach the following exhibits hereto:

- Exhibit 1:     Waller's Deposition;

- Exhibit 2:     Affidavit of Sgt. Robert Blevins;

- Exhibit 3:     Documents Produced by ADC in Discovery; and

- Exhibit 4:     Waller's Responses to Interrogatories.

13.      A brief in support of Defendants' Motion for Summary Judgment and a Statement of Undisputed Facts are being filed contemporaneously herewith.

WHEREFORE Defendants Robert Blevins and Jackenzie Titus respectfully request that their Motion for Summary Judgment be granted, and that Plaintiff's lawsuit against them be

2

dismissed with prejudice, along with any and all other just and proper relief to which they may be entitled.

<div style="margin-left:50%">

Respectfully submitted,
LESLIE RUTLEDGE
Attorney General

By:   Vincent P. France
Ark Bar No. 2010063
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-2007
Fax:     (501) 682-2591
Email:  vincent.france@arkansasag.gov

</div>

### <u>CERTIFICATE OF SERVICE</u>

I, Vincent P. France, hereby certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

I, Vincent P. France, hereby certify that on December 16, 2020, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Mr. Romario V. Waller, ADC #108263
Arkansas Division of Correction
Varner Supermax Unit
P.O. Box 600
Grady, AR 71644

<div style="margin-left:50%">

*/s/ Vincent P. France*
Vincent P. France

</div>