**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROMARIO V. WALLER
ADC #108263**                                                                    **PLAINTIFF**


**v.**                             **CASE NO.: 4:20-CV-335-JM-JJV**


**DALE REED, et al.**                                                             **DEFENDANT**


## DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS

COME NOW, Defendants Robert Blevins and Jackenzie Titus, known collectively as "ADC Defendants," by and through their attorneys, Attorney General Leslie Rutledge and Assistant Attorney General Vincent P. France, and for their Statement of Undisputed Material Facts, state the following:

1.      Romario Waller (ADC #108263), is an inmate incarcerated the Arkansas Division of Correction (hereinafter "ADC") and he is currently housed at the Varner Supermax Unit. Doc. No. 1, p. 2.

2.      On April 27, 2020, Waller filed an Amended Complaint in which he alleges that on January 29, 2020, Defendant Robert Blevins violated his constitutional rights through excessive force and retaliation. Doc. No. 10, p. 4-6.

3.      Additionally, Waller also alleges in his Amended Complaint that Defendant Titus failed to protect him. Doc. No. 10, p. 6.

4.      Defendant Robert Blevins is and was at all times relevant to this lawsuit employed by the ADC as a sergeant at the Varner Supermax Unit.

1

5.    Defendant Jackenzie Titus was at all times relevant to this lawsuit employed by the ADC as a correctional officer at the Varner Supermax Unit.

6.    On the morning of January 29, 2020, Officer Burton and Defendant Jackenzie Titus went to Inmate Waller's cell to escort him to a classification hearing. Doc. No. 10, p. 4.

7.    Inmate Waller's cell housed in Cell 169. Exhibit 1, Waller Depo. 14:9, Exhibit 3, ADC Docs. p. 11-12.

8.    Waller's cell is located in Cell Block 1 on Tier 3. Exhibit 3, ADC Docs. p. 9-10.

9.    Officer Burton and Defendant Jackenzie Titus bring Inmate Waller out of his cell and Officer Burton begins to place Waller in shackles. Exhibit 1, Waller Depo. 12:23—13:8.

10.    While Inmate Waller was in the process of being placed in shackles, Defendant Sgt. Blevins is working in Cell Block 1 on Tier 3 conducting classification near Inmate Waller's cell. Exhibit 1, Waller Depo. 14:15-25; Exhibit 2, Sgt. Blevins' Affidavit, ¶ 4; Exhibit 3, ADC Docs. p. 9-12.

11.    The area outside of Waller's cell on Tier 3 is very narrow because there are bars to keep inmates from falling. Depo. 17:12-13. 31:18—32:19.

12.    As Sgt. Blevins neared Inmate Waller, Inmate Waller tells Sgt. Blevins to stop being racist and to not use the n-word. Exhibit 1, Waller Depo. 15:6-25; Exhibit 2, Sgt. Blevins' Affidavit, ¶ 5; Exhibit 3, ADC Docs. p. 9-10.

13.    Sgt. Blevins gives Inmate Waller a direct order to step back. Exhibit 2, Sgt. Blevins' Affidavit, ¶ 7; Exhibit 3, ADC Docs. p. 9-10.

14.    As Sgt. Blevins is giving Waller the direct order to step back, Sgt. Blevins also places his arm out in front of him to indicate to Waller that he needed to stop coming forwards. Exhibit 2, Sgt. Blevins' Affidavit, ¶ 7, 9; Exhibit 3, ADC Docs. p. 9.

2

15.     Sgt. Blevins never touched Inmate Waller. Exhibit 2, Sgt. Blevins' Affidavit, ¶ 8; *see also* Exhibit 4, Waller's Responses to Interrogatories, Interrogatory No. 2, p. 2. ("Def. Blevins ***attempted*** to assault me by ***attempting*** to push me and make me fall" (emphases added)); *see also* Doc. No. 10, p. 6 ("Def. Blevins ***tried*** to poke me in my chest but I leaned backwards causing him to ***miss***" (emphases added)).

16.     Once Sgt. Blevins lowers his arm, Inmate Waller then lunges forwards and head-butted Sgt. Blevins in the face. Exhibit 1, Waller Depo. 17:8; Exhibit 2, Sgt. Blevins' Affidavit, ¶ 10; Exhibit 3, ADC Docs. p. 9-12.

17.     Inmate Waller was then taken to the ground by Officer Burton in order to regain control of the situation. Exhibit 2, Sgt. Blevins' Affidavit, ¶ 11; Exhibit 3, ADC Docs. p. 9-12.

18.     Later that morning, Inmate Waller was seen by a nurse. Exhibit 1, Waller Depo. 39:2-11; Exhibit 2, Sgt. Blevins' Affidavit, ¶ 12; Exhibit 3, ADC Docs. p. 15.

19.     As a result of Sgt. Blevins' actions towards him, Inmate Waller did not suffer any injuries; he did not fall down; nor was he bruised. Exhibit 1, Waller Depo. 19:14—20:5, 39:2-11.

20.     As a result of the incident, Sgt. Blevins issued Inmate Waller with a disciplinary violation for Battery-Use of Force on Staff (Code 04-4) and Failure to Obey Order of Staff (Code 12-3). Following a disciplinary hearing, Inmate Waller was found guilty of both violations. Exhibit 1, Waller Depo. 27:6-18; Exhibit 2, Sgt. Blevins' Affidavit, ¶ 15; Exhibit 3, ADC Docs. p. 16-18.

21.     According to Waller's testimony, "I [Waller] received a whole lot of punitive punishments as a result of that. This lawsuit is my attempt to vindicate myself from some of those punitive punishments." Exhibit 1, Waller Depo. 26:18-21.

WHEREFORE Defendants Robert Blevins and Jackenzie Titus respectfully request that their Motion for Summary Judgment be granted, and that Plaintiff's lawsuit against them be dismissed, along with any and all other just and proper relief to which they may be entitled.

Respectfully submitted,
LESLIE RUTLEDGE
Attorney General

By:   Vincent P. France
Ark Bar No. 2010063
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-2007
Fax:     (501) 682-2591
Email:  vincent.france@arkansasag.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Vincent P. France, hereby certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

I, Vincent P. France, hereby certify that on December 16, 2020, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Mr. Romario V. Waller, ADC #108263
Arkansas Division of Correction
Varner Supermax Unit
P.O. Box 600
Grady, AR 71644

*/s/ Vincent P. France*
Vincent P. France