IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 2 8 2020
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

ROMARIO V. WALLER.                                      PLAINTIFF

V.        CASE No. 4:20-CV-00335-JM-JJV

DALE REED, ROBERT BLEVINS,                             DEFENDANTS
JAKEAZIE TITUS.

PLAINTIFF'S
MOTION FOR EXTENSION OF TIME

THE PLAINTIFF ROMARIO V. WALLER WITH MY MOTION FOR EXTENSION OF TIME
AS FOLLOWS:

1. THE DEFENDANTS FILED MOTION FOR SUMMARY JUDGEMENT DECEMBER 16, 2020 (DOCS. 34-36).
2. THE FILING DEADLINE FOR PLAINTIFF'S RESPONSE AND/OR COUNTER MOTION IS DECEMBER 30, 2020.
3. THE PLAINTIFF IS INCAPABLE OF HAVING COPIES MADE UNTIL AFTER JANUARY 5, 2021 DUE TO ALL VSU LEGAL ASSISTANCE PERSONNEL HOLIDAY VACATION, THUS I CANNOT MEET THE DEADLINE.
4. I THEREFORE MOTION THE COURT FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT UNTIL AROUND JANUARY 10, 2021 FOR THIS REASON.

RESPECTFULLY SUBMITTED,

R.V.

CERTIFICATE OF SERVICE

COPIES OF THE FOREGOING MAILED TO THE CLERK OF U.S. DISTRICT COURT 600 W. CAPITOL AVE., ROOM A-149 LITTLE ROCK, AR. 72201 and ASST. ATTORNEY GENERAL VINCENT P. FRANCE 323 CENTER ST., SUITE 200 LITTLE ROCK, AR. 72201 THROUGH U.S. POSTAL SERVICE MAIL DECEMBER 23, 2020.

MR. ROMARIO V. WALLER.
.108263
P.O. BOX 400
GRADY, AR. 71644