IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROMARIO V. WALLER.                                          PLAINTIFF

V.                    CASE NO.     2021 JAN -4  A 10: 04

DALE REED, ROBERT BLEVINS,    4:20 CV-335 JMJ JV  DEFENDANTS
JAYKENZIE TITUS.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 04 2021
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## RESPONSE TO MOTION FOR SUMMARY JUDGEMENT

THE PLAINTIFF WITH MY RESPONSE TO MOTION FOR SUMMARY JUDGEMENT DO STATE THE FOLLOWING:

### STATEMENT OF THE FACTS

WHILE DETAINED AT THE (VSU) VARNER SUPERMAX UNIT OF (ADC) ARKANSAS DIVISION OF CORRECTION ON 1- -2020 I OVERHEARD and SAW DEF. BLEVINS USING RACIST STATEMENTS and I SUBMITTED A GRIEVANCE TO THIS.    THIS WAS MY FIRST TIME EVER ENCOUNTERING DEF. BLEVINS. (EX.            ).
ON 1-29-2020 MY SECOND TIME ENCOUNTERING DEF. BLEVINS HE RETALIATED AGAINST ME FOR MY SAID GRIEVANCE BY INSTIGATING A BEATING ON ME WHILE I WAS DETAINED IN HANDCUFFS BY DEF. TITUS and OFFICER BURTON WHO WAS APPLYING SHACKLES TO MY LEFT ANKLE AS I STOOD ON ONE FOOT (MY RIGHT).
DEF. BLEVINS FIRST TRIED TO POKE ME IN MY CHEST WITH HIS FINGER THEN ATTEMPTED TO PUSH ME DOWN BOTH ACTS OF UNNECESSARY EXCESSIVE FORCE IN AN EFFORT TO CAUSE ME TO FALL OVER / ONTO BOBBY BURTON AND CREATE THE RUSE OF MY RESISTING SECURITY / ATTACKING SECURITY IN ORDER TO TRIGGER UP TO A DOZEN SECURITY GUARDS HELPING HIM TO BEAT ME WHILE I WAS HANDCUFFED.
THE DISPUTED FACTS WILL SHOW THIS TO BE TRUE, WILL SHOW I WAS INJURED AS A RESULT OF BOBBY BURTONS RESPONSE TO THIS RUSE, WILL SHOW DEF. TITUS FAILED TO PROTECT ME FROM DEF. BLEVINS AFTER HE SHOWED HOSTILITY and PHYSICAL THREAT TO ME, WILL SHOW DEF. BLEVINS AND DEF. TITUS SUBMITTED FALSE REPORTS and DISCIPLINARY TO SHIELD THEMSELVES FROM ADMINISTRATIVE SCRUTINY and TO CAUSE ME PUNITIVE PUNISHMENTS WHICH I STILL SUFFER almost A YEAR LATER.

### ARGUEMENT

(POINT 1) THERE ARE GENUINE ISSUES OF MATERIAL FACT PRECLUDING SUMMARY JUDGEMENT
SUMMARY JUDGEMENT IS TO BE GRANTED ONLY IF THE RECORD BEFORE THE COURT SHOWS "THAT THERE IS NO GENUINE ISSUE AS TO ANY MATERIAL FACT and THAT THE MOVING PARTY IS ENTITLED TO a JUDGEMENT AS A MATTER OF LAW. (RULE 56(c) Fed.R.Civ.Proc.) A "MATERIAL FACT" IS ONE THAT MIGHT AFFECT THE OUTCOME OF THE SUIT UNDER GOVERNING LAW". (ANDERSON V. LIBERTY LOBBY, INC. 477 U.S. 242 ,248 ,106 S.Ct. 2505 (1986).
THE UNDISPUTED FACTS BY DEFENDANTS and STATEMENT OF DISPUTED MATERIAL FACTS BY MYSELF, THE PLAINTIFF SHOW CONTENDING OPPOSING MATERIAL FACTS. THE DEFENDANTS CLAIM IT TO BE A FACT THAT DEF. BLEVINS "TOUCH" OF ME WAS SO INSIGNIFICANT IT DID NOT RISE TO A CONSTITUTIONAL VIOLATION. I ARGUE AND AGAIN WILL SHOW THAT DEFENDANT BLEVINS ~~BLEVINS~~ IN FACT DID ATTEMPT TO PUSH ME DOWN IN ORDER TO CAUSE ME INJURY.
THESE ARE CLEARLY OPPOSING MATERIAL FACTS BY THE PARTIES, THUS GENUINE ISSUE OF FACT EXISTS.

1 OF 3

THE DEFENDANTS ARGUE (QUOTE): "according to Waller's own testimony, Defendant Blevins "tried to push me in my chest... It seemed like he stepped back farther than he meant to. So he TOUCHED me on my chest and pushed me". EX.1, Waller's Depo.17:0 1-6)(emphasis added). At best the contact between Blevins and Waller was de minimis force which does not violate the EIGHTH AMENDMENT."

THE DEFENDANTS FURTHER ARGUE THAT I WAS NOT INJURED, THAT I DID NOT FALL DOWN AS A RESULT OF DEF BLEVINS UNNECESSARY FORCE, THUS IT WAS NOT EXCESSIVE (DOC.35 PG.5 OF 10), and cites Hudson V. McMillian as an Authority. HOWEVER, THE LAW WAS CLEARLY ESTABLISHED THAT WHETHER THE FORCE USED BY PRISON STAFF VIOLATES THE EIGHTH AMENDMENT DEPENDS ON WHETHER IT WAS APPLIED IN GOOD FAITH EFFORT TO MAINTAIN CONTROL OR RESTORE DISCIPLINE OR MALICIOUSLY and SADISTICALLY TO CAUSE HARM" HUDSON V. MCMILLIAN 503 U.S.1,5-6 .112 S.Ct.995(1992)".    HERE THE DEFENDANTS STATEMENT OF MATERIAL FACTS STATE (QUOTE): "WHILE INMATE WALLER WAS IN THE PROCESS OF BEING PLACED IN SHACKLES DEF. SGT. BLEVINS--- neared INMATE WALLER --- SGT. BLEVINS gives INMATE WALLER a DIRECT ORDER TO STEP BACK" (DOC.36 P.2 OF 5 AT 10-13).

DEF. BLEVINS AFFIDAVIT (DOC.34-2 P.1 OF 2) OMITS THE FACT THAT I WAS BEING PLACED IN SHACKLES BY B.BURTON AT THIS TIME. OMMISSION OF FACTS IS IN FACT LYING.

DURING THE ADMINISTRATIVE INVESTIGATION DEF. BLEVINS and DEF. TITUS SUBMITTED WITNESS STATE-MENTS BY THEMSELVES and SEVERAL OTHER WITNESSES THAT I WAS ALREADY OUT OF THE CELL AND Ø RESTRAINED WHEN THIS INCIDENT OCCURRED Ø and THIS DOCUMENTARY EVIDENCE WAS CONFIRMED TO EXIST BY WARDEN GIBSON. (DOC. 34-3 P.8 OF 33) HOWEVER, AS SHOWN, THE DEFENDANTS OWN STATEMENT OF UNDISPUTED MATERIAL FACTS STATE I WAS BEING PLACED IN SHACKLES INSTEAD.    THE CONTRADICTORY NATURE OF DEFENDANTS TESTIMONIES IS IMPORTANT, AS IT SHOWS THE DEFENDANTS and THEIR CO-WITNESSES FALSIFIED DOCUMENTS FROM DAY-1.    FIRST THE DEFENDANTS DURING DISCOVERY DENIED THE EXISTENCE OF THOSE WITNESS STATEMENTS THAT STATE I WAS IN RESTRAINTS WHEN DEF. BLEVINS ACCOSTED ME, AND CLAIM ONLY THE INCIDENT REPORTS BY DEF. BLEVINS, DEF. TITUS, B.BURTON, K.RANCIFER EXIST (DOC.34-3 P.2 OF 33)(DOC.34-3 P.2,4,5,9,10,11,12). THE DEFENDANTS ALSO HAVE SUBMITTED "DEF. BLEVINS RESPONSES TO PLAINTIFFS REQUESTS FOR PRODUCTION OF DOCUMENTS DATED DEC.16,2020 REFERRING ONLY TO DEFENSE DOC.2,4,8,9,10,11,12 BUT at NO TIME HAS THE DOCUMENTS IN QUESTION BEEN PRODUCED (ATTACHED EX.    )

THE DEFENDANT'S WITHHELD THESE DOCUMENTS BECAUSE THEY DISCREDIT DEF.BLEVINS / DEF.TITUS TESTIMONY AND SHOW DEF. BLEVINS USED UNNECESSARY FORCE FOR THE PURPOSE OF CAUSING ME HARM.

MY RIGHT TO BE FREE FROM RETALIATION OF MY GRIEVANCES WAS CLEARLY ESTABLISHED ALSO,
(See FIRST and FOURTHTEENTH AMENDMENTS).
DEF. TITUS WAS REQUIRED BY THE CONSTITUTION TO PROTECT ME AND FAILED TO DO SO.  DEF. BLEVINS
ATTEMPTED TO HARM ME IN RETALIATION OF MY GRIEVANCES and HIS FORCE USED  LED TO A GREATER USE OF
FORCE BY OTHER STAFF and I WAS INJURED WHILE HANDCUFFS.
SINCE GENUINE ISSUES OF FACT DO EXIST THE DEFENDANTS MOTION FOR SUMMARY JUDGEMENT SHOULD BE
DISMISSED.
THE DEFENDANTS and THEIR ATTORNEY, AS WILL BE SHOWN IN MY BRIEF IN SUPPORT OF RESPONSE
TO MOTION FOR SUMMARY JUDGEMENT and MY STATEMENT OF MATERIAL FACTS IN DISPUTE BOTH
HAVE SUBMITTED FALSE FACTS, A FALSE AFFIDAVIT and FRIVOLOUS UNCERTIFIED MOTION KNOWING
THERE TO BE GENUINE ISSUES OF MATERIAL FACT IN DISPUTE.

### CONCLUSION

FOR THESE REASONS THE MOTION FOR SUMMARY JUDGEMENT SHOULD BE DENIED AND THE CASE SET
FOR TRIAL.

                    RESPECTFULLY SUBMITTED,


DECLARATION: I THE PLAINTIFF ROMARIO V. WALLER DO DECLARE STATE AND CONFIRM THE FACTS
            AND STATEMENTS PROVIDED HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF
            AND ARE NOT PROPOUNDED FOR ANY KNOWN IMPROPER PURPOSE UNDER THE LAW, PURSUANT
            28 U.S.C.S. 1648 and 42 U.S.C.S. 1746 PENALTIES OF PERJURY.

                    MR. ROMARIO V. WALLER.
                    , 108263
                    P.O. BOX 400
                    GRADY, AR.  71644

### CERTIFICATE OF SERVICE

COPIES OF THE FOREGOING MAILED TO THE CLERK'S OFFICE , U.S. DISTRICT COURT 600 W. CAPITOL AVE.,
RM. A-149 , LITTLE ROCK, AR. 72201 and ASSISTANT ATTORNEY GENERAL VINCENT P. FRANCE
323 CENTER STREET , SUITE 200  LITTLE ROCK , AR. 72201 THROUGH U.S. POSTAL SERVICE MAIL ON
DEC. 30, 2020